**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Loreano GOMEZ–VILLA, Defendant— Appellant.**

**No. 09–10163.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 16, 2009.

John Robert Lopez, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff– Appellee.

Tyrone Mitchell, Esquire, Tyrone Mitchell P.C., Phoenix, AZ, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Loreano Gomez–Villa appeals from the 18–month sentence imposed following the revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gomez–Villa contends that the district court procedurally erred by, among other things, imposing an above-Guidelines variance without adequately considering his mitigation arguments that he had returned to the United States to be with his children. His contentions are belied by the record. *See United States v. Carty*, 520 F.3d 984, 992–93, 996 (9th Cir.2008) (en banc); *see also United States v. Leonard*, 483 F.3d 635, 637 (9th Cir.2007). In addition, the record reflects that his sentence is substantively reasonable, under the totality of the circumstances. *See Gall v. United States*, 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.